IN THE SUPREME COURT OF THE STATE OF NEVADA

MICHELLE ORDWAY, PERSONAL
REPRESENTATIVE OF THE ESTATE
OF DELORIS ANN BATSON; AND THE
ESTATE OF DELORIS ANN BATSON,
              Appellants,
          vs.
KIMBERLY STILES, INDIVIDUALLY,
AS NATURAL PARENT AND LEGAL
GUARDIAN OF SARAH STILES, A
MINOR,
              Respondent.

No. 83343

FILED

MAR 22 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

### ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:    Hon. Nadia Krall, District Judge
       Persi J. Mishel, Settlement Judge
       Messner Reeves LLP
       Richard Harris Law Firm
       Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O) 1947

22-08973